Thiago Coelho, SBN 324715
thiago@wilshirelawfirm.com
Binyamin I. Manoucheri, SBN 336468
binyamin@wilshirelawfirm.com
**WILSHIRE LAW FIRM**
3055 Wilshire Blvd., 12th Floor
Los Angeles, California 90010
Telephone: (213) 381-9988
Facsimile: (213) 381-9989

*Attorneys for Plaintiff Flor Jimenez
and Proposed Class*

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FLOR JIMENEZ, individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> PROSPECT HOTEL MANAGEMENT LLC d/b/a AUTOCAMP, a Delaware limited liability company; and DOES 1 to 10, inclusive, <br><br> Defendants. | CASE NO.: 2:22-CV-07679-JLS-SK <br><br> Honorable Judge Josephine L. Staton <br><br> **NOTICE OF SETTLEMENT** <br><br><br><br> Complaint Filed: October 20, 2022 <br> Trial Date: None |

**WILSHIRE LAW FIRM, PLC**
3055 Wilshire Blvd., 12th Floor
Los Angeles, CA 90010-1137

1

NOTICE OF SETTLEMENT

Plaintiff Flor Jimenez ("Plaintiff") hereby notifies the Court that the Plaintiff has entered into a settlement with Defendant.  A notice of dismissal with prejudice as to Plaintiff's individual claims and without prejudice as to the claims of the putative class in accordance with Federal Rule of Civil Procedure 41(a)(1)(A)(i) will be filed upon full performance of said settlement which is expected to be in thirty (30) days or less.

Plaintiff requests that the Court vacate the currently scheduled Motion for Entry of Default Judgment due to the settlement.

Dated: February 13, 2023                    Respectfully Submitted,


                                            /s/ Binyamin I. Manoucheri
                                            Thiago M. Coelho
                                            Binyamin I. Manoucheri
                                            **WILSHIRE LAW FIRM**
                                            *Attorneys for Plaintiff*
                                            *and Proposed Class*

**WILSHIRE LAW FIRM, PLC**
3055 Wilshire Blvd, 12th Floor
Los Angeles, CA 90010-1137

2
NOTICE OF SETTLEMENT

1

**CERTIFICATE OF SERVICE**

2        The undersigned hereby certifies that on February 13, 2023, a true and correct copy of the

3   foregoing was electronically filed with the Clerk of the Court using the Court's CM/ECF system,

4   which sent notification to all counsel of record, who are deemed to have consented to electronic

5   service via the CM/ECF system.

6   Dated: February 13, 2023                    */s/ Binyamin I. Manoucheri*

7                                               Binyamin I. Manoucheri

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**WILSHIRE LAW FIRM, PLC**
3055 Wilshire Blvd, 12th Floor
Los Angeles, CA 90010-1137