Thiago Coelho, SBN 324715
thiago@wilshirelawfirm.com
Binyamin I. Manoucheri, SBN 336468
binyamin@wilshirelawfirm.com
**WILSHIRE LAW FIRM**
3055 Wilshire Blvd., 12th Floor
Los Angeles, California 90010
Telephone: (213) 381-9988
Facsimile: (213) 381-9989

*Attorneys for Plaintiff and Proposed Class*

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FLOR JIMENEZ, individually and on behalf of all others similarly situated, | Case No.: 2:22-cv-07679-JLS-SK |
| Plaintiff, | Honorable Judge Josephine L. Staton |
| v. | **NOTICE OF VOLUNTARY DISMISSAL** |
| PROSPECT HOTEL MANAGEMENT LLC d/b/a AUTOCAMP, a Delaware limited liability company; and DOES 1 to 10, inclusive, | |
| Defendants. | |

TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Plaintiff, Flor Jimenez ("Plaintiff"), by and through her undersigned counsel, hereby voluntarily dismisses this action with prejudice as to Plaintiff's claims and without prejudice as to the claims of the purported class, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). Parties shall bear their own fees and costs.

///

///

1  Dated: February 22, 2023          Respectfully Submitted,

3                                    /s/ Binaymin I. Manoucheri
                                     Binyamin I. Manoucheri
4                                    **WILSHIRE LAW FIRM**
                                     *Attorney for Plaintiff and*
5                                    *Proposed Class*

**WILSHIRE LAW FIRM, PLC**
3055 Wilshire Blvd, 12th Floor
Los Angeles, CA 90010-1137

2
NOTICE OF VOLUNTARY DISMISSAL

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on February 22, 2023, a true and correct copy of the foregoing was electronically filed with the Clerk of the Court using the Court's CM/ECF system, which sent notification to all counsel of record, who are deemed to have consented to electronic service via the CM/ECF system.

Dated: February 22, 2023  /s/ *Binyamin I. Manoucheri*
Binyamin I. Manoucheri